UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JERRY RUSSELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV836 CDP |
| ) | |
| BELLEFONTAINE HABILITATION ) | |
| CENTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated on the record during the February 27, 2009 scheduling conference,

**IT IS HEREBY ORDERED** that plaintiff's motion to appoint counsel [#2] is denied.

**IT IS FURTHER ORDERED** that the Rule 16 conference is rescheduled for **Thursday, May 7, 2009 at 4:00 p.m.**

**IT IS FURTHER ORDERED** that plaintiff's motion to strike [#10] is denied as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day March, 2009.